JOHN L. GREEN, Respondent, v. CHARLES DOANE,
Appellant.

No. 2741; May 4, 1860.

**New Trial.—A Failure to Prosecute a Motion for a New Trial**
is to be regarded as an abandonment of it, and an order, made upon
application of the opposing party in such a case, refusing the new
trial, is to be upheld.

APPEAL from Twelfth Judicial District, San Francisco
County.

Brooks for respondent; Love & Wattson for appellant.

FIELD, C. J.—The appeal in this case is from the order
refusing a new trial and from the final judgment. The mo-
tion for the new trial was refused on the application of the
plaintiff, no one appearing on behalf of the defendant in its
support. The failure thus to prosecute was a virtual aban-
donment of the motion, and the order made thereon was not,
upon the authority of Mahoney v. Wilson [15 Cal. 42], decided
at the January term, and of Frank v. Doane [15 Cal. 302], de-
cided at the present term, a subject of review in this court.
Upon the appeal from the final judgment there is no statement,
and the case before us rests, therefore, upon the judgment-roll,
and as this discloses no error, an affirmance of the judgment
must follow; and such affirmance is ordered.

We concur: Baldwin, J.; Cope, J.